UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RACHEL KNIGHT | Case No.: 3:15-CV-02262-JE |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES PER 28 USC 2412(d) |
| NANCY A. BERRYHILL, Acting Commissioner Social Security Administration | |
| Defendant. | |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $5,007.23 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR 97132. If Plaintiff has such debt, then

Page 3 – PETITION FOR EAJA FEES

the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED this 23 day of October, 2017.

_John Jelderks_
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Proposed Order submitted:

Date: October 18, 2017

_George J. Wall_
George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Rachel Knight

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's PETITION FOR APPROVAL OF FEES PER EAJA and PROPOSED ORDER were filed with the Clerk of the Court on October 18, 2017 using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Kathryn A Miller | Kathryn.A.Miller@ssa.gov, ogc.seattle.ecf@ssa.gov |
| Janice E. Hebert | Janice.Hebert@usdoj.gov, CaseView.ECF@usdoj.gov, keith.ramsey@usdoj.gov, trudylee.fleming@usdoj.gov, evasquez@usa.doj.govusaor.ss@usdoj.gov |

_George J. Wall_
George J. Wall, OSB No. 934515
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax: (503)236-0028
gwall@eastpdxlaw.com
Attorney for Plaintiff, Rachel Knight

Page 4 – PETITION FOR EAJA FEES